THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 1, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:   KATHY MARIE GERBER,                    Chapter 13

         Debtor.                                Case No.  19-21228-KMP
_____

### ORDER TO VACATE DISMISSAL
_____

The Debtor electronically filed and caused to be served the Notice of Motion and Motion to Vacate Dismissal and Reopen Case on April 1, 2019.  Proper notice was given, the deadline for filing and serving objections has passed, and no objections have been filed.  The Motion establishes that the Debtor's failure to timely pay the filing fee was the result of excusable neglect.  *See* Fed. R. Bankr. P. 9024.

IT THEREFORE ORDERED that Debtor's Motion is granted and the Order Dismissing Case entered March 29, 2019 is hereby vacated.

#####